White vs State of Texas, 1:12 cv 01764-WTL-DKL filed 2012 Clerk, Laura Briggs & Hon. William T. Lawrence, Judge U.S. District Court for the Southern District of Indiana followed by Civil Action: 5:13cv00149-KKC White vs Texas, Newsmedia, Hon. Judge, Karen K. Caldwell

In Re: As being publicly broadcasted, me and my entire family are victims from these prison escapes; and possibly, that of New York in 2015. We've had an civil rights movement; which again, is upon the prison's parking lots vehicles. Yet, Prison Officials, are refusing to cooperate.

** See: April 15, 2016, Congress-woman, Sheila Jackson Lee and Civil rights Leaders Rev. Jesse Jackson, Rev. Al Sharpton followed by Ebony Magazine February 2015/Vol.20, No.3&4 page 9 Rev. Al Sharpton, Marc Marion, L. Joy Williams, & Henry Coaxum; Better Business Bureau's Complaint No. 11807029 for Ebony, Stuff, & Summer 2017/XXL Magazine Vol.21, No.2 for Coca Cola & Deathrow Records Better Business Bureau's Complaint No.94533281 for McDonald's Corp. & Coca Cola

+ See: August 10-12, 2018, public-radio announcements:

Times Records Newspaper
KQIM-103.9 FM
NIN-92.9FM/1840AM
KRR-105.7FM
KMOC-89.5 FM
KBXW-106.3 FM
BOB-100.9 FM
ESPN-95.5FM
Blake-102.3FM
KFDX-3 NBC
KAUZ-6 CBS
KSWO-7 ABC
KJTL/KJBO-18 FOX

Talk-1290 AM
The Bowie News
KYYI-104.7 FM
KKCU-89.3 FM
93.3FM
88.7 FM
89.1 FM
KEIK The Zone
KQ-106 FM
OKFR/Oklahoma
KTPX-CBS Tulsa, Oklahoma
KOPX-ABC-TV Oklahoma City

1

** See: "The Key ..." Our Citizenrys' Single Most Important Check on Governmental Misconduct and Secrecies", 481 US 1041, 107 S.Ct. 1983 (1987) followed by Branzburg vs Hayes, 408 US 665, 92 S.Ct. 2646 (exposing corruption), supra, para. 2 page 2593 of Houtchins; (content that public access to penal institutions and jails are needed for legal reasons.") ("they can be an powerful and constructive force for the public."); Procunier vs Martinez, 416 US 396, 405, 94 S.Ct. 1800; Lasker, "The Court Crunch": A View From the Bench, 76 F.R.D. 245, 252 (1978); ABA Litigation Section, Report of the Special Committee for the Study + Discovery of Abuse (Oct. 1977)

* See: "Publicity": Sanders vs ABC, 978 P.2d 67, 77 (1999); Deteresa, 121 F.3d 460, 465-66 (1997); John W. Wade, "The Tort Liability of the Investigative Reporter", 37 Vand. L. Rev. 301 (1984); Lyrissa C. Barnett, "Intrusion and the Investigative Reporter", 71 Tex. L. Rev. 433 (1992); Sheldon W. Halpern, "The Right of Publicity", 39 Vand. L. Rev. 1199 (1986) Pavesich, 50 S.E. 68 (1905) followed by Cher, 692 F.2d 634 (1982) (liable for not publishing)

** See: "Defamation": D. Sack + Sandra S. Baron, "Libel, Slander, and Related Problems" (2nd ed. 1994); Rodney A. Smolla, "Law of Defamation (1999); Cassidy vs Daily Mirror Newspaper, Ltd., (1929) 2 K.B. 331